UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE BORJESSON,<br><br>               Appellant,<br><br>   v.<br><br>EDMOND WOOD,<br><br>               Appellee. | CASE NO. 19-0413<br><br>ORDER TO SHOW CAUSE |

This appeal from the Bankruptcy Court was received on March 22, 2019. (Dkt. No. 1.) On April 18, 2019, Appellant was served with a Notice of Deficiency which identified the following deficiencies in Appellant's filings:

    1. Appellant Designation of Record not filed.

    2. Appellant Statement of Issues not filed.

(Dkt. No. 10.) To date, Appellant has not cured these deficiencies.

Therefore, IT IS ORDERED that Appellant show cause why this matter should not be dismissed for the above-cited procedural deficiencies. Appellant must show cause by **June 21,**

**2019**, which he may do by correcting the above-cited deficiencies or filing a declaration under penalty of perjury concerning any good cause for his failure to do so.

The clerk is ordered to provide copies of this order to Appellant and all counsel.

Dated June 6, 2019.

Marsha J. Pechman
United States District Judge